Same case below, 600 F.3d 888.

No. 10-265. Janice M. Fleszar, Petitioner v. Department of Labor.

562 U.S. 982, 131 S. Ct. 423, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8297.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 598 F.3d 912.

No. 10-287. Innovative Therapies, Inc., Petitioner v. Kinetic Concepts, Inc., et al.

562 U.S. 982, 131 S. Ct. 424, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8277.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 599 F.3d 1377.

No. 10-340. Bruce Jackim, Petitioner v. Ohio.

562 U.S. 982, 131 S. Ct. 427, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8147.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 125 Ohio St. 3d 1416, 925 N.E.2d 1003.

No. 10-352. Thomas McCoy Richardson, Jr., Petitioner v. United States.

562 U.S. 982, 131 S. Ct. 427, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8195.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 607 F.3d 357.

No. 10-353. Katherine Crase, Petitioner v. United States.

562 U.S. 982, 131 S. Ct. 427, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8148.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 948.

No. 10-362. Gerald O. Bailey, et al., Petitioners v. Shell Western E&P Inc., et al.

562 U.S. 982, 131 S. Ct. 428, 178 L. Ed. 2d 324, 2010 U.S. LEXIS 8155.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 609 F.3d 710.